E-Filing

KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (CSBN 0722)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

FILED

FEB 24 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00110 JW |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] /s/ ORDER EXCLUDING TIME |
| v. | |
| ALEXSANDER BAYARD, | SAN JOSE VENUE |
| Defendant. | |

On February 23, 2006, the parties in this case appeared before the Court for an arraignment on an indictment. The defendant, through his attorney Assistant Federal Public Defender Angela Hansen, entered a plea of not guilty and an initial appearance was scheduled before the Honorable Judge Ware for March 20, 2006 at 1:30 p.m. Assistant United States Attorney Susan Knight then requested an exclusion of time under the Speedy Trial Act from February 23, 2006 to March 20, 2006 in order for the government to provide discovery to AFPD Hansen and to afford her an opportunity to review it. The defendant, through AFPD Hansen, agreed to the exclusion. In addition, the parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

STIPULATION AND [PROPOSED] ORDER
No. 06-00110 JW

1

| | |
|---|---|
| SO STIPULATED: | KEVIN V. RYAN<br>United States Attorney |
| DATED: | /s/<br>SUSAN KNIGHT<br>Assistant United States Attorney |
| DATED: | /s/<br>ANGELA HANSEN<br>Assistant Federal Public Defender |

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from February 23, 2006 to March 20, 2006. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 2/24/06

RICHARD SEEBORG
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
No. 06-00110 JW

2