1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ALEXSANDER BAYARD

*IT IS SO ORDERED*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-00110-JW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO CONTINUE STATUS** |
|  | ) | **HEARING** |
| ALEXSANDER BAYARD, | ) |  |
| Defendant. | ) |  |

Defendant, Alexsander Bayard, through his counsel, Assistant Federal Public Defender Angela M. Hansen, and government counsel, Assistant United States Attorney Susan Knight, stipulate and agree to continue the status hearing date of March 20, 2006 to May 8, 2006 at 1:30 p.m.

On February 23, 2006 Mr. Bayard was arraigned on a two-count Indictment charging him with the unlawful possession and use of access devices.  The parties request to continue this case because counsel for the government has informed defense counsel that it is awaiting the arrival of additional discovery regarding the defendant's alleged use of credit card information from the access device.  Once government counsel provides this information to the defense, counsel will need time to review this information with her client.  For these reasons, the parties stipulate and agree that this case needs to be continued until May 8, 2006.

The parties further stipulate and agree that time should continue to be excluded under

1  18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) because the ends of justice served by the continuance
2  requested outweigh the best interest of the defendant and the public in a speedy trial because the
3  failure to grant such a continuance would unreasonably deny Mr. Bayard the time necessary for
4  effective preparation.

6  March 17, 2006                                    _____/S/_____
                                                    ANGELA M. HANSEN
7                                                   Assistant Federal Public Defender

9  March 17, 2006                                    _____/S/_____
                                                    SUSAN KNIGHT
10                                                  Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-00110-JW |
| | ) | |
| Plaintiff, | ) | [PROPOSED] **ORDER TO** |
| v. | ) | **CONTINUE STATUS HEARING** |
| | ) | |
| ALEXSANDER BAYARD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the status hearing date of March 20, 2006 is continued until May 8, 2006 at 1:30 p.m. It is FURTHER ORDERED that time will continue to be excluded under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for defense preparation.

Dated: March 17, 2006

_____
HONORABLE JAMES WARE
United States District Judge

3

Distribute to:

Ms. Angela M. Hansen
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Counsel for Defendant

Ms. Susan Knight
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Counsel for the United States