*IT IS SO ORDERED*
*Judge James Ware*

1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ALEXSANDER BAYARD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-00110-JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO CONTINUE STATUS** |
| | ) | **HEARING** |
| ALEXSANDER BAYARD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant, Alexsander Bayard, through his counsel, Assistant Federal Public Defender Angela M. Hansen, and government counsel, Assistant United States Attorney Susan Knight, stipulate and agree to continue the status hearing date of May 8, 2006 to June 26, 2006 at 1:30 p.m.

On February 23, 2006, Mr. Bayard was arraigned on a two-count Indictment charging him with the unlawful possession and use of access devices.  The parties request to continue this case because counsel for the government has informed defense counsel that additional discovery will be produced regarding the defendant's conduct and the loss amount in this case.  Once government counsel provides this information to the defense, counsel will need time to review this information with her client.  For these reasons, the parties stipulate and agree that this case needs to be continued until June 26, 2006.

The parties further stipulate and agree that time should continue to be excluded under

1  18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) because the ends of justice served by the continuance
2  requested outweigh the best interest of the defendant and the public in a speedy trial because the
3  failure to grant such a continuance would unreasonably deny Mr. Bayard the time necessary for
4  effective preparation.

6  May 4, 2006                              _____/S/_____
                                             ANGELA M. HANSEN
7                                            Assistant Federal Public Defender

9  May 4, 2006                              _____/S/_____
                                             SUSAN KNIGHT
10                                           Assistant United States Attorney

*IT IS SO ORDERED*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-00110-JW |
| ) | |
| Plaintiff, ) | ~~[PROPOSED]~~ **ORDER TO** |
| v. ) | **CONTINUE STATUS HEARING** |
| ) | |
| ALEXSANDER BAYARD, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the status hearing date of May 8, 2006 is continued until June 26, 2006 at 1:30 p.m. It is FURTHER ORDERED that time will continue to be excluded under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for defense preparation.

Dated: May 5, 2006

_____
HONORABLE JAMES WARE
United States District Judge

3

1  Distribute to:

2

   Ms. Angela M. Hansen
3  Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant
5
   Ms. Susan Knight
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4