1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ALEXSANDER BAYARD

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,           )   No. CR-06-00110-JW
11                                     )
                       Plaintiff,      )   **AMENDED STIPULATION AND**
12       v.                            )   **[PROPOSED] ORDER TO CONTINUE**
                                       )   **STATUS HEARING**
13                                     )
   ALEXSANDER BAYARD,                  )
14                                     )
                       Defendant.      )
15 _____)

16         Defendant, Alexsander Bayard, through his counsel, Assistant Federal Public Defender

17 Angela M. Hansen, and government counsel, Assistant United States Attorney Susan Knight,

18 stipulate and agree to continue the status hearing date of June 26, 2006 to September 11, 2006 at

19 1:30 p.m.

20         Mr. Bayard is charged in a two-count Indictment with the unlawful possession and use

21 of access devices.  The parties request to continue this case because counsel for the government

22 has informed defense counsel that additional discovery will soon be produced regarding the

23 alleged loss amount in this case.  The government's case agent has been out of the country on

24 government related business and unavailable to provide this information to defense counsel.

25 Once government counsel provides this information to the defense, counsel will need time to

26 review this information with her client.  For these reasons, the parties stipulate and agree that this

1 case needs to be continued until September 11, 2006.

2     The parties further stipulate and agree that time should continue to be excluded under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) because the ends of justice served by the continuance requested outweigh the best interest of the defendant and the public in a speedy trial because the failure to grant such a continuance would unreasonably deny Mr. Bayard the time necessary for effective preparation.

8 June 23, 2006                                           _____/S/_____
ANGELA M. HANSEN
Assistant Federal Public Defender

11 June 23, 2006                                           _____/S/_____
SUSAN KNIGHT
Assistant United States Attorney

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-00110-JW |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER TO** |
| v. | ) | **CONTINUE STATUS HEARING** |
| | ) | |
| ALEXSANDER BAYARD, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the status hearing date of June 26, 2006 is continued until September 11, 2006 at 1:30 p.m. It is FURTHER ORDERED that time will continue to be excluded under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for defense preparation.

Dated: June 26, 2006

_____
HONORABLE JAMES WARE
United States District Judge

3

1  Distribute to:
2
   Ms. Angela M. Hansen
3  Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant
5
   Ms. Susan Knight
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26