KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138539)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

  150 Almaden Blvd., Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5056
  FAX: (408) 535-5066
  Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-00110 JW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
| ALEXSANDER BAYARD, | ) | |
| Defendant. | ) | SAN JOSE VENUE |

    The undersigned parties respectfully request that the sentencing in the above-captioned be continued from January 22, 2007 to March 19, 2007.  The reason for the continuance is that the government needs additional time to obtain restitution information and provide it to the Probation Office.  Probation Officer Benjamin Flores does not object to the continuance.

SO STIPULATED:                    KEVIN V. RYAN
                                         United States Attorney

DATED:_____      _____/s/_____
                                         SUSAN KNIGHT
                                         Assistant United States Attorney

1  DATED:_____                    _____/s/_____
2                                          ANGELA HANSEN
                                           Assistant Federal Public Defender
3

4      Accordingly, the Court HEREBY ORDERS that a sentencing hearing is continued from

5  January 22, 2007 to March 19, 2007 at 1:30 p.m.

6  SO ORDERED.

7

8  DATED:_ 01/03/2007 ___               _____/s/ James Ware_____
                                        JAMES WARE
9                                       United States District Judge

STIPULATION AND [PROPOSED] ORDER
NO. CR 06-00110 JW                      2