SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

  150 Almaden Blvd., Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5056
  FAX: (408) 535-5066
  Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-00110 JW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER AMENDING AMOUNT OF RESTITUTION |
| ALEXSANDER BAYARD, | ) | |
| Defendant. | ) | SAN JOSE VENUE |

On March 19, 2007, the Court sentenced the defendant to 27 months imprisonment followed by six months in a half-way house and three years of supervised release. The Court also ordered the defendant to pay $322,865.07 in restitution. The undersigned parties respectfully request that the judgment reflect changes in the amount of restitution that were raised at the hearing. Specifically, restitution to United Airlines should be reduced from $169,179.35 to $109,688.00, and Paypal, located at 2525 N. First Street, San Jose California, 95131, should be added to the list of victims and paid $849.75 in restitution. These changes reflect a total restitution amount of $322,865.07.

//

1  SO STIPULATED:          SCOTT N. SCHOOLS
2                          United States Attorney

3  DATED:                  _____/s/_____
4                          SUSAN KNIGHT
                           Assistant United States Attorney

5  DATED:                  _____/s/_____
6                          ANGELA M. HANSEN
                           Assistant Federal Public Defender

7

8  IT IS SO ORDERED.

9

10 DATED: _3/21/2007_____   _____
                           JAMES WARE
11                          United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
NO. 06-00110 JW            2