IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. CR-06-00110-JW |
| Plaintiff, | ) |
| | ) [PROPOSED] RELEASE ORDER |
| v. | ) |
| | ) |
| | ) |
| ALEXSANDER BAYARD | ) |
| | ) |
| Defendant. | ) |

The Court orders that the defendant Alexsander Bayard shall be released forthwith from the custody of the U.S. Marshals on his own personal recognizance. He is ordered to self-surrender to serve the remainder of his sentence on June 1, 2007.

Dated: March 21, 2007

_____
THE HONORABLE JAMES WARE
United States District Judge