SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00110 JW |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [PROPOSED] ORDER AMENDING AMOUNT OF RESTITUTION |
| ALEXSANDER BAYARD, ) | |
|     Defendant. ) | SAN JOSE VENUE |

    On March 23, 2007, the Court altered the parties that there is a discrepancy in the restitution amounts proffered at the time of sentencing.  Accordingly, the parties reviewed the restitution amounts and have determined that the defendant owes $322,964.47 in restitution.

SO STIPULATED:                  SCOTT N. SCHOOLS
                                         United States Attorney

DATED:                                   /s/_____
                                         SUSAN KNIGHT
                                         Assistant United States Attorney

DATED:                                   /s/_____
                                         ANGELA M. HANSEN
                                         Assistant Federal Public Defender

1  IT IS SO ORDERED.

3  DATED:__3/27/2007____

   _____
   JAMES WARE
   United States District Judge

STIPULATION AND [PROPOSED] ORDER
NO. 06-00110 JW                2