*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALEXSANDER BAYARD, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 06-00110 JW <br><br> **[~~PROPOSED~~]** ORDER TO CONTINUE SELF-SURRENDER DATE |

GOOD CAUSE APPEARING, and based on the parties' stipulation, the Court HEREBY ORDERS THAT Mr. Bayard's self-surrender date is continued four months, to October 1, 2007. The Court declines to recommend to the Bureau of Prisons any specific designation.

IT IS SO ORDERED.

Dated: May 25, 2007

_____
THE HONORABLE JAMES WARE
United States District Court Judge

[Proposed Order]
No. CR 06-00110 JW            1